IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | | |
|---|---|---|
| DONNY S. BRANDSTETTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 6:11-CV-016-C |
| | ) | ECF |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF DISMISSAL

Plaintiff is appealing an adverse decision of Defendant, Michael J. Astrue, Commissioner of Social Security, pursuant to 42 U.S.C. § 405(g). A United States Magistrate Judge filed a Report and Recommendation on March 5, 2012, and Plaintiff filed objections to the Report and Recommendation on March 14, 2012. The Court has made a *de novo* review of the records and finds Plaintiff's objections to be without merit. The court further finds that the ALJ applied correct legal standards and that substantial evidence supports his decision.

It is, therefore, **ORDERED** that Plaintiff's objections are overruled, the Magistrate Judge's Report and Recommendation is **ADOPTED** by the court, and Plaintiff's complaint is **DISMISSED WITH PREJUDICE**.

Dated March 20, 2012.

SAM R. CUMMINGS
UNITED STATES DISTRICT JUDGE