IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| DONNY S. BRANDSTETTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 6:11-CV-016-C |
| | ) ECF |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

On March 29, 2012, Plaintiff filed his Motion to Alter or Amend Judgment Under Rule 59(e) of the Federal Rules of Civil Procedure. A United States Magistrate Judge filed a Report and Recommendation on May 29, 2012, and Plaintiff filed objections to the Report and Recommendation on June 1, 2012. The Court has made a *de novo* review of the record and finds Plaintiff's objection to be without merit. The Court is also of the opinion that the Magistrate Judge's report and recommendation correctly resolves the issues raised in Plaintiff's motion.

It is, therefore, ORDERED that Plaintiff's objections are **OVERRULED**, the Magistrate Judge's Report and Recommendation is **ADOPTED** by the Court, and Plaintiff's Motion to Alter or Amend Judgment Under Rule 59(e) of the Federal Rules of Civil Procedure is **DENIED**.

SO ORDERED this 20th day of August, 2012.

SAM R. CUMMINGS
UNITED STATES DISTRICT JUDGE